UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-30499-RG |
| | Chapter: 7 |
| **Byrd, Henry C** | |
| **Byrd, Ardena B** | Judge: Rosemary Gambardella |
| **Debtor(s).** | |

## NOTICE OF PROPOSED ABANDONMENT

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Court |
|---|---|
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on December 11, 2018 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

    **73 Webster Ave., Paterson, NJ**
    $221,760

**Liens on property**:

    $305,291

**Amount of equity claimed as exempt:**

    $47,350

Objections must be served on, and requests for additional information directed to:

Rev. 8/1/15

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

Rev. 8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-30499-RG
Henry Byrd                                                          Chapter 7
Ardena Byrd
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: Nov 13, 2018
                              Form ID: pdf905        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.
db/jdb        +Henry Byrd,   Ardena Byrd,   73 Webster Avenue,   Paterson, NJ 07501-3210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 00:23:08     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 00:23:07     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 00:20:46     Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
517816287    +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 00:20:46     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517813643       AVANT LLC,'22 N. LASALLE, SUITE 170',Chicago,IL,60
517813644       BSI FINANCIAL SERVICES,314 S. FRANKLIN ST.,Titusvi
517813645       CREDIT ACCEPTANCE,25505 WEST TWELVE MILE ROAD,Sout
517813646       DEPARTMENT OF THE TREASURY,PO BOX 1686,Birmingham,
517813647       FIRST PREMIER BANK,601 S MINNESOTA AVE,Sioux Falls
517813648       NISSAN MOTOR CREDIT,PO BOX 742658,Cincinnati,OH,45
517813649       VERIZON,'500 TECHNOLOGY DR., 300',Saint Charles,MO
                                                                                   TOTALS: 7, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2018 at the address(es) listed below:
              David J. Finkler    on behalf of Debtor Henry  Byrd DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Joint Debtor Ardena  Byrd DFinkler.LawDJF@verizon.net
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Kevin Gordon McDonald    on behalf of Creditor    NYMT Residential Tax 2016-RP1, LLC
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5